IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-51-03-BO (1)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS LAMONT McCULLERS | ) | |

Considering Defendant's Motion for Reconsideration [DE 192], the Court DIRECTS the Government to respond to the Motion within twenty (20) days from the filing of this Order.

DONE AND ORDERED, this 2 day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE